IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JULIO ALONSO ALVAREZ CHOC ex rel. MATEO BA TUT and AURELIA CHE CUZ DE BA, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TENNESSEE, METRO NASHVILLE PUBLIC SCHOOLS, ESKOLA LLC; JR. ROOFING & CONSTRUCTION LLC; BUILDERS MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 3:24-00836 <br><br> Judge Crenshaw <br> Magistrate Judge Frensley <br><br> JURY DEMAND |

## **CERTIFICATION**

In accordance with Local Rule 7.01(a)(1), counsel for Defendants certify that they have conferred with counsel for Plaintiffs concerning Defendants' Joint Motion to Stay (Doc. 38) but that Plaintiffs intend to oppose Defendants' motion.

Respectfully submitted,

*/s/ David L. Johnson*
David L. Johnson (TN BPR #018732)
W.W. Frank Wilbert (TN BPR #23090)
Lieselotte M. Carmen-Burks (AL Bar#8304T46E)
Butler Snow LLP
150 Third Avenue South, Suite 1600
Nashville, Tennessee 37201
David.Johnson@butlersnow.com
Frank.Wilbert@butlersnow.com
Liesel.Carmen-Burks@butlersnow.com
Phone: (615) 651-6700
Fax: (615) 651-6701

*Attorneys for Defendant Eskola LLC*

/s/ Melissa Roberge
Melissa Roberge
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
melissa.roberge@nashville.gov
Tel: (615) 862-6341
*Attorney for Defendants Metro Nashville Public Schools and Metropolitan Government of Nashville & Davidson County, Tennessee*

/s/ Jason Ferrell
E. Jason Ferrell
Brewer Krause Brooks Chastain & Meisner, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
Tel: (615) 630-7716
jferrell@bkblaw.com
*Attorney for Defendant Builders Mutual Insurance Company*

/s/ Robert Martin
Robert Martin
McAngus Goudelock & Courie
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
Tel: (615) 499-7177
Robert.martin@mgclaw.com
*Attorney for Defendant JR Roofing & Construction LLC*

2

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Certification has been served via the U.S. District Court's ECF filing system upon the following:

| | |
|---|---|
| Kerry Lee Dietz<br>Michael G. Stewart<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>kdietz@stranchlaw.com<br>mstewart@stranchlaw.com<br>Tel: (615) 254-8801<br>*Attorneys for Plaintiffs* | E. Jason Ferrell<br>Brewer Krause Brooks Chastain & Meisner, PLLC<br>545 Mainstream Drive, Suite 101<br>Nashville, TN 37228<br>Tel: (615) 630-7716<br>jferrell@bkblaw.com<br>*Attorney for Defendant Builders Mutual Insurance Company* |
| Melissa Roberge<br>Metropolitan Courthouse, Suite 108<br>P.O. Box 196300<br>Nashville, TN 37219<br>melissa.roberge@nashville.gov<br>Tel: (615) 862-6341<br>*Attorney for Defendants Metro Nashville Public Schools and Metropolitan Government of Nashville & Davidson County, Tennessee* | Robert Martin<br>McAngus Goudelock & Courie<br>120 Brentwood Commons Way, Suite 625<br>Brentwood, TN 37027<br>Tel: (615) 499-7177<br>Robert.martin@mgclaw.com<br>*Attorney for Defendant JR Roofing & Construction LLC* |

This September 10, 2024.

                   */s/ David L. Johnson*
                   David L. Johnson

89541031.v1