IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIO ALONZO ALVAREZ CHOC ex rel. MATEO BA TUT and AURELIA CHE CUZ DE BA,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TENNESSEE;<br><br>and<br><br>METRO NASHVILLE PUBLIC SCHOOLS<br><br>and<br><br>ESKOLA LLC;<br><br>and<br><br>JR. ROOFING & CONSTRUCTION LLC;<br><br>and<br><br>BUILDERS MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No. 3:24-cv-00836<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |

## NOTICE OF VOLUNTARY NONSUIT OF FEDERAL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby provide notice of dismissal *only* of their federal claims in this action. Specifically, Plaintiffs voluntarily dismiss **Count III** (Fair Labor Standards Act), **Count V** (Civil Rights Violations), and **Count VI** (Discriminatory

Abuse of Process) but only to the extent it is based on 42 U.S.C. § 1981 et seq.

Defendants have not answered or moved for summary judgment. The action is not subject to the provisions of Fed. R. Civ. P. 23(e) or 66, nor subject to any provision that would otherwise prevent voluntary dismissal. Dismissal of the above-referenced claims is made without prejudice.

Dated: March 31, 2025

Respectfully submitted,

*/s/ Karla M. Campbell*
Karla M. Campbell (TN BPR #027132)
Michael G. Stewart (TN BPR #016920)
Isaac U. Kimes (TN BPR #031191)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Ave, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
kcampbell@stranchlaw.com
mstewart@stranchlaw.com
ikimes@stranchlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served via CM/ECF or electronic mail to the following:

| | |
|---|---|
| Melissa S. Roberge<br>Metropolitan Legal Department<br>P O Box 196300<br>Nashville, TN 37219 | E. Jason Ferrell<br>Brewer Krause Brooks Chastain & Mesner, PLLC<br>545 Mainstream Drive, Suite 101<br>Nashville, TN 37228 |
| David L. Johnson<br>W.W. Frank Wilbert<br>Lieselotte M. Carmen-Burks<br>Butler Snow LLP<br>150 Third Avenue South, Suite 1600<br>Nashville, TN 37201 | Robert David Martin<br>McAngus Goudelock & Courie, LLC<br>120 Brentwood Commons Way<br>Suite 625<br>Brentwood, TN 37027 |

This 31st day of March 2025.

*/s/ Karla M. Campbell*
Karla M. Campbell