UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIO ALONZO ALVAREZ CHOC ex rel. MATEO BA TUT and AURELIA CHE CUZ DE BA., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 3:24-cv-00836 |
| v. | )<br>) |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TENNESSEE, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Pursuant to Plaintiffs' Notice of Voluntary Nonsuit of Federal Claims (Doc. No. 54) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Count III (Fair Labor Standards Act), Count V (Civil Rights Violations), and Count VI (Discriminatory Abuse of Process under 42 U.S.C. § 1981) are **DISMISSED WITHOUT PREJUDICE**. Because this case was removed from state court based upon federal question jurisdiction 28 U.S.C. § 1331, and federal question remains, Plaintiffs' Motion to Remand (Doc. No. 55), is **GRANTED**. The Clerk shall return this case to the Circuit Court of Davidson County, Tennessee and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE